**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| TELEFLEX INCORPORATED | : CIVIL ACTION |
| VOLUNTARY INVESTMENT PLAN, ET AL., | : |
| | : |
| Plaintiffs, | : NO. 02-CV4731 |
| | : |
| v. | : |
| | : |
| JAMES JESSE and GLORIA GASKIN, | : |
| | : |
| Defendants. | : |

_____:

**ANSWER OF DEFENDANT, GLORIA GASKIN,
TO PLAINTIFF'S COMPLAINT FOR INTERPLEADER**

Gloria Gaskin, by and through her attorneys, Fox, Rothschild, O'Brien & Frankel, LLP,

files an Answer to the Complaint for Interpleader in the above matter as follows:

1.      Admitted upon belief.

2.      Admitted upon belief.

3.      Admitted upon belief.

4.      Admitted in part, denied in part.  It is admitted that the Defendant, James Jesse is

an adult individual and believed to be a citizen and domiciliary of the Commonwealth of

Pennsylvania.  However, it is believed that his residence is at 2532 Pierce Avenue, Willow

Grove, PA.  It is denied that the Defendant, James Jesse, has resided at 2625 Phipps Avenue

within the last ten years.  It is admitted that there is a disagreement as to whether James Jesse and

Dolores Jesse were married as of the date of Dolores Jesse's death on June 27, 2001, as it is the

contention of Gloria Gaskin, that Dolores Jesse had been abandoned by James Jesse.

5.      Admitted.

6.      Admitted upon belief.

7.      Admitted upon belief.

8.      Admitted upon belief.

9.      Admitted.

10.     Admitted upon belief.

11.     Admitted.

12.     Admitted.

13.     Denied as stated.  Responding Defendant, Gloria Gaskin has no knowledge or information as to any allegations made by Joe Gaskin and further, has no knowledge as to what was, or was not produced by James Jesse.  The exhibits attached to the Complaint speak for themselves, however, it is believed that Exhibit "A" is an application for a marriage license and Exhibit "B" is not attached to Defendant's copy of the Complaint.  It is denied that James Jesse was, at the time of the death of Dolores Jesse, a "surviving spouse".

14.     Admitted in part, denied in part.  It is admitted that an affidavit appears to be attached as Exhibit "C".  The allegations in said Affidavit are beyond the knowledge of your responding Defendant.  By way of further answer, Gloria Gaskin believes and therefore avers, that the phone number listed by James Jesse, (215) 657-3990 is, in reality, the phone number for his address at 2532 Pierce Avenue in Willow Grove, Pennsylvania and not a phone number for the address of 2625 Phipps Avenue in Willow Grove, Pennsylvania, as indicated in the attachment to the Affidavit marked Exhibit "C".

15.     Admitted.

16.     Admitted.

17.    Admitted upon belief.

18.    Admitted upon belief.

19.    Admitted to the extent that your responding Defendant, Gloria Gaskin, believes that James Jesse is not entitled to any benefits as a surviving spouse.

20.    Admitted upon belief.

21.    Admitted upon belief.

22.    Admitted upon belief.

23.    Admitted upon belief.

24.    Admitted upon belief.

25.    Admitted upon belief.


WHEREFORE, Gloria Gaskin requests your Honorable Court grant the relief requested by Teleflex in the Wherefore clause of the Complaint, allowing the Plaintiffs to pay the monies into Court and thereafter, to grant relief in the nature of awarding the monies to your Defendant, Gloria Gaskin, following the conclusion of litigation in the above-captioned matter.


FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP


By:_____
            Frederick C. Horn, Esquire
            Attorney ID No. 15567
            1250 South Broad Street, Suite 1000
            Lansdale, PA  19446-0431
            (215) 699-6000
            Attorney for Defendant, Gloria Gaskin

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.