UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**STEWART DALZELL**

JUDGE

10613 United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania
19106

267-299-7399

September 9, 2002

Jay M. Green, Esq.
4000 Bell Atlantic Tower
1717 Arch St.
Philadelphia, PA 19103-2793

Michael J. Burke, Esq.
65 West Street Road
Suite A207
Warminster, PA 18974

Frederick C. Horn, Esq.
1250 S. Broad St., Ste. 1000
Lansdale, PA 19446-0431

  Re: C.A. No. 02-4731, Teleflex Inc. v. Jesse, et al.

Dear Counsel:

  Judge Dalzell has set the referenced case for a Rule 16 conference at 3:00 p.m. on Tuesday, September 17, 2002, in his chambers.

  As you will see from the enclosed Scheduling Policy Statement, Judge Dalzell allots between ten and twenty minutes for these conferences. You should review the Scheduling Policy Statement before completing the "Conference Information Report" enclosed with this letter. You should bring the Conference Information Report with you to the Rule 16 conference.

  At the close of the conference, you will receive an Order from Judge Dalzell that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference.

         Very truly yours,

         Eileen Adler
         Courtroom Deputy

ec
Enc.