```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

TELEFLEX INCORPORATED VOLUNTARY  :   CIVIL ACTION
INVESTMENT PLAN, et al.
                                 :
        v.                       :
                                 :
JAMES JESSE, et al.              :   NO. 02-4731

<u>ORDER</u>

AND NOW, this 11th day of October, 2002, after a Rule 16 conference this day, in which the parties agreed that the matter should be resolved expeditiously in a bench trial, and the parties to confirm this afternoon their availability to proceed at 9:30 a.m. on Thursday, October 17, 2002, it is hereby ORDERED that by noon on October 16, 2002 the parties shall FILE pretrial submissions as follows:

1. Each party shall submit to Chambers two three-ring binders of the exhibits they will offer as evidence;

2. Each party shall file with Chambers a memorandum of law referencing the governing law and briefing any disputed legal issues; and

3. The parties shall jointly file with Chambers a pretrial stipulation of as many agreed facts as possible and the facts that remain in dispute.

                         BY THE COURT:


                         _____
                         Stewart Dalzell, J.