```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TELEFLEX INCORPORATED VOLUNTARY :    CIVIL ACTION
INVESTMENT PLAN, et al.         :
                                :
          v.                    :
                                :
JAMES JESSE, et al.             :    NO. 02-4731
```

ORDER

AND NOW, this 15th day of October, 2002, upon consideration of the representation of the parties that they have reached a resolution of their differences, it is hereby ORDERED that:

     1.  The trial scheduled for 9:30 a.m. on October 17, 2002 is CANCELED; and

     2.  By October 22, 2002, the parties shall FILE with Chambers a stipulation of settlement.

                              BY THE COURT:

                              _____
                              Stewart Dalzell, J.