```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TELEFLEX INCORPORATED VOLUNTARY :   CIVIL ACTION
INVESTMENT PLAN, et al.
                                :
      v.                        :
                                :
JAMES JESSE, et al.             :   NO. 02-4731
```

ORDER

AND NOW, this 23rd day of October, 2002, upon consideration of the attached Stipulation of Settlement, it is hereby ORDERED that:

  1. The Stipulation of Settlement is APPROVED and incorporated by reference herein as an Order of this Court; and

  2. The Clerk shall CLOSE this case statistically.

                          BY THE COURT:


                          _____
                          Stewart Dalzell, J.