```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

TELEFLEX INCORPORATED VOLUNTARY   :   CIVIL ACTION
INVESTMENT PLAN, et al.
                                            :
      v.                                 :
                                            :
JAMES JESSE, et al.            :   NO. 02-4731

<u>ORDER</u>

AND NOW, this 9th day of April, 2003, upon consideration of the epistolary request of Gloria Gaskin, Executrix of the Estate of Delores Jesse, Deceased, to modify the stipulation of settlement that closed this case on October 24, 2002, as well as of the response of Frederick C. Horn, Esquire to the Court's inquiry for a response to Ms. Gaskin's epistolary request, and the Court noting that it did not retain jurisdiction over the stipulation of settlement which is, at this point, a contract between Pennsylvania parties as to which it appears the Orphans' Court of Montgomery County at No. 46-01-2046 may have jurisdiction (the matter having been under the supervision of the Honorable Stanley R. Ott, at least until October 14, 2002), and thus at all events this Court does not have jurisdiction over the apparent contractual dispute among these parties and between Ms. Gaskin and Mr. Horn, <u>see</u> <u>Kokkonen v. Guardian Life Ins. Co. of Amer.</u>, 511 U.S. 375 (1994), it is hereby ORDERED that the request is DENIED WITHOUT PREJUDICE to its reassertion in the proper Pennsylvania forum.

                                        BY THE COURT:

                                        _____
                                        Stewart Dalzell, J.